IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P., PURDUE PHARMACEUTICALS L.P., THE P.F. LABORATORIES, INC. and GRÜNENTHAL GmBH,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK, LLC, and ACTAVIS LABORATORIES FL, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 15-687-GMS<br>(Consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Defendant Actavis Laboratories FL, Inc.'s Production of Core Technical Documents, bearing Bates Numbers ACT-HYS-00000001 through ACT-HYS-00044665 and designated Highly Confidential pursuant to Local Rule 26.2, was caused to be served on January 13, 2016 upon the following in the manner indicated:

**BY FEDERAL EXPRESS**
Matthew J. Luneack
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Matthew.luneack@finnegan.com

| | |
|---|---|
| POLSINELLI PC<br>Gary E. Hood<br>Mark T. Deming<br>Jason A. Wietjes<br>Khurram Naik<br>161 N. Clark Street<br>Suite 4200<br>Chicago, IL 60601<br>(312) 819-1900 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Melanie K. Sharp (No. 2501)<br>Robert M. Vrana (No. 5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com |
| Dated: January 14, 2016 | *Attorneys for Actavis Laboratories FL, Inc.* |

01:18164373.1