IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PURDUE PHARMA L.P., <br> PURDUE PHARMACEUTICALS L.P., <br> THE P.F. LABORATORIES, INC. and <br> GRÜNENTHAL GmBH, <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK, LLC, and <br> ACTAVIS LABORATORIES FL, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C. A. No.: 15-687-GMS <br> (Consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Objections and Responses of Actavis Laboratories FL, Inc. to Plaintiffs' First Set of Interrogatories (Nos. 1-7) and this Notice were caused to be served on August 12, 2016 upon the following in the manner indicated:

**BY E-MAIL**
Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Jeffrey I.D. Lewis
Justin M. Ross
Naz Wehrli
Samuel A. Mathias
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
(212) 859-8000
Jeffrey.lewis@friedfrank.com
Justin.ross@friedfrank.com
Naz.wehrli@friedfrank.com
Samuel.mathias@friedfrank.com

Shaun Gates
801 17th Street, NW
Washington, DC  20006
Shaun.gates@friedfrank.com

Jennifer H. Roscetti
Matthew J. Luneack
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Bill.lewris@finnegan.com
Jennifer.rosceti@finnegan.com
Matthew.luneack@finnegan.com

Anthony C. Tridico, Ph.D.
16 Old Bailey
London EC4M 7EG
United Kingdom
Anthony.tridico@finnegan.com

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
_____
Melanie K. Sharp (No. 2501)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, DE  19801
(302) 571-6681
msharp@ycst.com

POLSINELLI PC
Gary E. Hood
Mark T. Deming
Khurram Naik
161 N. Clark Street, Suite 4200
Chicago, IL  60601
(312) 819-1900

Jason Wietjes
2950 N. Harwood, Suite 2100
Dallas, TX 75201

Dated: August 12, 2016            *Attorneys for Actavis Laboratories FL, Inc.*

01:19148224.1