## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Rodger D. Smith II**
(302) 351-9205
(302) 498-6209 FAX
rsmith@mnat.com

November 29, 2016

The Honorable Gregory M. Sleet   *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Purdue Pharma L.P., et al. v. Alvogen Pine Brook, LLC, et al.*,
             C.A. No. 15-687 (GMS) (Consolidated)

Dear Judge Sleet:

      I am writing in connection with the *Markman* hearing scheduled in these cases for tomorrow, November 30, 2016. The parties have met and conferred regarding the order of presentation of terms for the hearing. The parties will defer to the Court's preference for the order in which the parties will present the terms in dispute. However, if the Court does not have a preference, the parties respectfully propose the following grouping and order of presentation for the claim terms in dispute for the Court's consideration:

1. "controlled release material," "matrix/matrices," and "controlled release matrix material"

2. "steady-state," "$C_{24}/C_{max}$ ratio," and "$C_{24}/C_{max}$ hydrocodone ratio"

3. "a relatively flat serum plasma profile"

4. "obtaining a serum profile"

5. "average molecular weight" and "weight-average molecular weight"

6. "based on rheological measurements, … molecular weight"

7. "wherein the polymer (C) has a molecular weight of at least 0.5 million according to rheological measurements"

8. "combining … to form at least one blend"

9. "shell encasing the core"

10. "viscosity of at least about"

11. "viscosity-increasing agent"

12. "necessary minimum quantity of an aqueous liquid"

13. "thermoformed dosage form"

14. "breaking strength of at least 500 N"

The parties look forward to presenting argument on these disputed claim terms during tomorrow's hearing.

Sincerely,

*/s/ Rodger D. Smith II*

Rodger D. Smith II

RDS/rah

cc: Clerk of Court (via hand delivery)
     All Counsel of Record (via electronic mail)