IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PURDUE PHARMA L.P., | ) | |
| PURDUE PHARMACEUTICALS L.P., | ) | |
| THE P.F. LABORATORIES, INC., and | ) | |
| GRÜNENTHAL GmbH, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 15-687 (GMS) |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| ALVOGEN PINE BROOK, LLC, and | ) | |
| ACTAVIS LABORATORIES FL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF CRAIG JONES**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiffs Purdue Pharma L.P., Purdue Pharmaceuticals L.P., The P.F. Laboratories,

Inc. (collectively "Purdue") and Grünenthal GmbH ("Grünenthal"; together with Purdue,

"Plaintiffs"), by and through their counsel, shall take the deposition upon oral examination of

Craig Jones.  The deposition shall commence on January 24, 2017, at the offices of Fried, Frank,

Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, or at such

other time and location as agreed upon by the parties, and shall be taken before a duly certified

court reporter and notary public or other person authorized by law to administer oaths, and will

continue until completed.  The deposition will be recorded by stenographic or videographic

means or both.  You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Jeffrey I.D. Lewis
Justin M. Ross
Naz E. Wehrli
FRIED FRANK HARRIS SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY  10004
(212) 859-8000

Shaun Gates
FRIED FRANK HARRIS SHRIVER
& JACOBSON LLP
801 17th Street, NW
Washington, DC  20006
(202) 639-7000

*Attorneys for Plaintiffs Purdue Pharma L.P.,*
*Purdue Pharmaceuticals L.P. and The P.F.*
*Laboratories, Inc.*

Jennifer H. Roscetti
Anthony C. Tridico
Matthew J. Luneack
Erin M. Sommers
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

*Attorneys for Plaintiff Grünenthal GmbH*

December 22, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2016, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                                              *VIA ELECTRONIC MAIL*
PROCTOR HEYMAN ENERIO LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Alvogen Pine Brook, LLC*

Matthew J. Becker, Esquire                                              *VIA ELECTRONIC MAIL*
Jeremy Lowe, Esquire
Stacie L. Ropka, Esquire
Edward M. Mathias, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103
*Attorneys for Defendant Alvogen Pine Brook, LLC*

Joshua Reisberg, Esquire                                              *VIA ELECTRONIC MAIL*
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street, 22nd Floor
New York, NY  10036
*Attorneys for Defendant Alvogen Pine Brook, LLC*

Melanie  K. Sharp, Esquire                                              *VIA ELECTRONIC MAIL*
Robert  M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North  King  Street
Wilmington, DE  19801
*Attorneys for Defendant Actavis Laboratories FL, Inc.*

Gary E. Hood, Esquire                                      *VIA ELECTRONIC MAIL*
Khurram Naik, Esquire
Mark T. Deming, Esquire
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, IL  60601
*Attorneys for Defendant Actavis Laboratories FL, Inc.*

Jason A. Wietjes, Esquire                                  *VIA ELECTRONIC MAIL*
POLSINELLI PC
2950 North Harwood, Suite 2100
Dallas, TX  75201
*Attorneys for Defendant Actavis Laboratories FL, Inc.*

Graham L. Day, Esquire                                     *VIA ELECTRONIC MAIL*
POLSINELLI PC
100 South Fourth Street, Suite 1000
St. Louis, MO  63102
*Attorneys for Defendant Actavis Laboratories FL, Inc.*


                                        */s/ Rodger D. Smith II*
                                        _____
                                        Rodger D. Smith II (#3778)