IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P., <br> PURDUE PHARMACEUTICALS L.P., <br> THE P.F. LABORATORIES, INC. and <br> GRÜNENTHAL GmBH, <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK, LLC, and <br> ACTAVIS LABORATORIES FL, INC., <br><br> Defendants. | C. A. No.: 15-687-GMS <br> (Consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Actavis Laboratories FL, Inc.'s Second Supplemental Initial Invalidity Contentions and this Notice were caused to be served on March 2, 2017 upon the following in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
rsmith@mnat.com

01:21635904.1

| | |
|---|---|
| Jeffrey I.D. Lewis<br>Justin M. Ross<br>Naz Wehrli<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004<br>(212) 859-8000<br>Jeffrey.lewis@friedfrank.com<br>Justin.ross@friedfrank.com<br>Naz.wehrli@friedfrank.com<br>Samuel.mathias@friedfrank.com<br><br>Shaun Gates<br>801 17th Street, NW<br>Washington, DC  20006<br>Shaun.gates@friedfrank.com | Jennifer H. Roscetti<br>Matthew J. Luneack<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>Bill.lewis@finnegan.com<br>Jennifer.rosceti@finnegan.com<br>Matthew.luneack@finnegan.com<br><br>Anthony C. Tridico, Ph.D.<br>16 Old Bailey<br>London EC4M 7EG<br>United Kingdom<br>Anthony.tridico@finnegan.com |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
_____
Melanie K. Sharp (No. 2501)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, DE  19801
(302) 571-6681
msharp@ycst.com

POLSINELLI PC
Gary E. Hood*
Mark T. Deming
Khurram Naik
161 N. Clark Street, Suite 4200
Chicago, IL  60601
(312) 819-1900

Jason A. Wietjes
2950 N. Harwood, Suite 2100
Dallas, TX  75201
(214) 397-0030

Dated:  March 2, 2017          *Attorneys for Actavis Laboratories FL, Inc.*

01:21635904.1