IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P.,<br>PURDUE PHARMACEUTICALS L.P.,<br>THE P.F. LABORATORIES, INC., and<br>GRÜNENTHAL GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK, LLC,<br><br>Defendant. | C.A. No. 15-687-TBD<br>(consolidated)<br><br>This document relates to:<br><br>C.A. No. 15-687-TBD<br>C.A. No. 15-784-TBD<br>C.A. No. 15-940-TBD<br>C.A. No. 16-26-TBD<br>C.A. No. 17-677-TBD<br>C.A. No. 17-1131-TBD<br>C.A. No. 17-1369-TBD |

STIPULATED DISMISSAL
AMONG
PURDUE PHARMA L.P, PURDUE PHARMACEUTICALS L.P., THE P.F.
LABORATORIES, INC., GRÜNENTHAL GMBH, AND ALVOGEN PINE BROOK, LLC

On consent of Purdue Pharma L.P., Purdue Pharmaceuticals L.P., The P.F. Laboratories, Inc., Grünenthal GmbH, and Alvogen Pine Brook, LLC, and in furtherance of the settlement of the above-captioned actions between and among those parties, PURDUE PHARMA L.P., a limited partnership organized and existing under the laws of the State of Delaware, THE P.F. LABORATORIES, INC., a corporation organized and existing under the laws of the State of New Jersey, each having a place of business at One Stamford Forum, 201 Tresser Boulevard, Stamford, Connecticut 06901 and PURDUE PHARMACEUTICALS L.P., a limited partnership organized and existing under the laws of the State of Delaware, having a place of business at 4701 Purdue Drive, Wilson, North Carolina 27893 (collectively, "Purdue"), GRÜNENTHAL GMBH ("Grünenthal"), a company organized under the laws of Germany and having a place of business at Aachen, Germany, and ALVOGEN PINE BROOK, LLC, a limited liability company organized and existing under the laws of the State of Delaware having a place of business at 10B

Bloomfield Avenue, Pine Brook, New Jersey 07058 ("Alvogen") (Purdue and Grünenthal sometimes referred to herein collectively as "Plaintiffs"; and Alvogen and Plaintiffs sometimes referred to herein individually as a "Party" or collectively as the "Parties"), it is Ordered, Adjudged and Decreed as follows:

1. The Parties agree that all claims and counterclaims asserted in the above-captioned actions between Plaintiffs and Alvogen are dismissed with prejudice.

2. Except for the rights, agreements and covenants specifically granted pursuant to the settlement and related agreements between Purdue and Alvogen, no other right, written or oral license or sublicense, covenant not to sue, waiver or release or other written or oral authorization is or has been granted or implied by this Stipulated Dismissal.

3. The above-captioned actions are hereby dismissed as between Alvogen and Plaintiffs without costs or attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>mdellinger@mnat.com<br><br>*Attorneys for Plaintiffs* | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Alvogen Pine Brook LLC* |

OF COUNSEL:

Jeffrey I.D. Lewis
Paul Keller
Michael A. Samalin
Jenny Shum
Michelle Wang
Iuniki Ikahihifo-Bender
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
(212) 318-3000

*Attorneys for Plaintiffs Purdue Pharma L.P., Purdue Pharmaceuticals L.P. and The P.F. Laboratories, Inc.*

Jennifer H. Roscetti
Anthony C. Tridico
Matthew J. Luneack
Nicholas J. Doyle
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

*Attorneys for Plaintiff Grünenthal GmbH*

April 23, 2018

OF COUNSEL:

Matthew J. Becker
Jeremy Lowe
Stacie L. Ropka
Edward M. Mathias
Thomas G. Rohback
Rebecca L. Clegg
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

Joshua Reisberg
114 West 47th Street, 22nd Floor
New York, NY 10036
(212) 728-2200

SO ORDERED this 23rd day of April, 2018.

_____
Honorable Timothy B. Dyk
United States Circuit Judge, sitting by designation